**\*\*NOT FOR PRINTED PUBLICATION\*\***

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | |
|---|---|
| LISA PONDER, § § *Plaintiff,* § § v. § § BIG TEX TRAILER WORLD, INC. D/B/A § BIG TEX TRAILERS, § § *Defendant.* § | CIVIL ACTION No. 9:20-CV-62 |

## ORDER DISMISSING CASE WITH PREJUDICE

Before the court is the Parties' Stipulation of Dismissal with Prejudice. (Doc. #9). The Parties have informed the court they have resolved the dispute and seek a dismissal with prejudice. The court is of the opinion that it should grant this.

**IT IS THEREFORE ORDERED** that this case is **DISMISSED WITH PREJUDICE**, and costs will be borne by the party incurring the same. The clerk of court is directed to close this case and terminate all pending motions. This case is **CLOSED**, and this constitutes a final judgment.

So ORDERED and SIGNED, Jul 29, 2020.

Ron Clark
Senior Judge